**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ZENITH LOGISTICS, INC.,**

   Plaintiff,

                                **CASE NO.    1:11-CV-301**

**-vs-**

                                **Judge Timothy S. Black**

**TEAMSTERS LOCAL UNION NO. 100,**

   Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion Summary Judgment (Doc. 10) is **DENIED**; the Defendant's Motion for Summary Judgment (Doc. 11) is **GRANTED IN PART** and **DENIED IN PART**; and that the case is **CLOSED**.

Date:  February 1, 2012                          **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk